

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 1 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA   §
                           §
                           §
v.                         §     No.
                           §
QUINTON ALEXANDER (1)      §
CEDRIC BURNS (2)           §
WINFRED BURNS (3)          §

3-09CR 349-D

## INDICTMENT

The Grand Jury Charges:

Count One
Bank Robbery
(Violation of 18 U.S.C. § 2113(a) and (d), and § 2)

On or about June 12, 2008, in the Dallas Division of the Northern District of

Texas, **Cedric Burns**, defendant, aided and abetted by others known to the Grand Jury,

did by force, violence and intimidation, knowingly and intentionally take from the person

and presence of another, an employee of Guaranty Bank, 2307 West Illinois Avenue,

Dallas, Texas, United States currency belonging to and in the care, custody, control,

management, and possession of Guaranty Bank, a bank, the deposits of which were then

insured by the Federal Deposit Insurance Corporation, and the defendant in committing

the aforesaid act did assault and did put in jeopardy the lives of employees and customers

of Guaranty Bank by the use of a firearm, to wit: a handgun.

In violation of 18 U.S.C. § 2113(a) and (d), and § 2.

Indictment - Page 1

<u>Count Two</u>
Bank Robbery
(Violation of 18 U.S.C. § 2113(a) and § 2)

On or about November 4, 2008, in the Dallas Division of the Northern District of

Texas, **Cedric Burns**, defendant, aided and abetted by others known to the Grand Jury,

did by force, violence and intimidation, knowingly and intentionally take from the person

and presence of another, an employee of Resource One Credit Union, 302 West

Centerville Road, Garland, Texas, United States currency belonging to and in the care,

custody, control, management, and possession of Resource One Credit Union, a credit

union, the deposits of which were then insured by the National Credit Union

Administration Board.

In violation of 18 U.S.C. § 2113(a) and § 2.

## Count Three
### Conspiracy to Commit Bank Robbery
### (Violation of 18 U.S.C. § 371)

On or about September 10, 2009, in the Dallas Division of the Northern District of Texas, **Quinton Alexander, Cedric Burns,** and **Winfred Burns** did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together with another person known to the Grand Jury, to commit a certain offense against the United States, to-wit: Bank Robbery, in violation of 18 U.S.C. § 2113(a).

## OBJECTS OF THE CONSPIRACY

The object of the conspiracy was to obtain United States currency belonging to and in the care, custody, control, management, and possession of Resource One Credit Union, a credit union, the deposits of which were then insured by the National Credit Union Administration Board, by force, violence, and intimidation.

## MANNER AND MEANS

It was part of the conspiracy that **Alexander, C. Burns, W. Burns,** and another discussed and planned with each other the robbery of the Resource One Credit Union, 2750 North Galloway Avenue, Mesquite, Texas.  At all times during the course and scope of the conspiracy, the deposits of the Resource One Credit Union were insured by the National Credit Union Administration Board.

It was also part of the conspiracy that **Alexander, C. Burns, W. Burns,** and another formulated a plan and agreement which, among other things, included:

a. the acquisition of United States currency;

b. the use of a gun to intimidate bank employees and customers;

c. the selection of the bank to be robbed in Dallas, Texas;

d. the acquisition and utilization of a motor vehicle to commit the bank robbery;

e. the role each robbery participant would play in the robbery; and

f. plans to avoid detection and apprehension by law enforcement.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

1. On or about September 10, 2009, **Alexander, C. Burns, W. Burns,** and a coconspirator known to the Grand Jury armed themselves with guns and went to the Resource One Credit Union, 2750 North Galloway Avenue, Mesquite, Texas, in a motor vehicle.

2. On or about September 10, 2009, **C. Burns** and one coconspirator known to the Grand Jury disguised their appearance by wearing masks and gloves and entered the Resource One Credit Union.

3. **C. Burns** and one coconspirator ordered the bank employees to the floor at gunpoint.

4. **C. Burns** jumped over the bank counter and ordered the teller to show him where the money was located while the other coconspirator held the other bank employees at gunpoint.

5. **C. Burns** took the money and placed it into a bag.

6. The coconspirators fled in two cars, one owned by **Alexander** and one owned by **W. Burns**.

7. **Alexander** and **W. Burns** drove the getaway cars.

8. At a later time **Alexander** drove the coconspirators to 1712 Whitedove, Dallas, Texas, and then divided the proceeds from the robbery.

In violation of 18 U.S.C. § 371.

<u>Count Four</u>
Bank Robbery
(Violation of 18 U.S.C. § 2113(a) and § 2)

On or about September 10, 2009, in the Dallas Division of the Northern District of Texas, **Quinton Alexander, Cedric Burns,** and **Winfred Burns**, aided and abetted by another person known to the Grand Jury, did by force, violence and intimidation, knowingly and intentionally take from the person and presence of another, an employee of Resource One Credit Union, 2750 North Galloway Avenue, Mesquite, Texas, United States currency belonging to and in the care, custody, control, management, and possession of Resource One Credit Union, a credit union, the deposits of which were then insured by the National Credit Union Administration Board.

In violation of 18 U.S.C. § 2113(a) and § 2.

A TRUE BILL.

FOREPERSON

JAMES T. JACKS
United States Attorney

BRANDON N. MCCARTHY
Assistant United States Attorney
Texas State Bar No. 24027486
1100 Commerce Street, Third Floor
Dallas, Texas  75242
brandon.mccarthy@usdoj.gov
Telephone:  214.659.8600
Facsimile:   214.767.4100

Indictment - Page 7

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 1 2009

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


THE UNITED STATES OF AMERICA

v.

QUINTON ALEXANDER (1)
CEDRIC BURNS (2)
WINFRED BURNS (3)

---

INDICTMENT   **3-09 CR 349-D**

18 U.S.C. §§ 2113(a) and (d) and § 2
Bank Robbery

18 U.S.C. § 2113(a) and § 2
Bank Robbery

18 U.S.C. § 371
Conspiracy to Commit Bank Robbery


4 Counts

---

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this _/ ꟻ_ day of December 2009

---

_____ Clerk

Warrants to Issue to Quinton Alexander (1), Cedric Burns (2) and Winfred Burns (3)

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Criminal Case Pending

*Criminal Case Cover Sheet*

# 3-09 CR 349-D

Revised 3/5/98

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2"><b>Related Case Information</b></td></tr>
<tr><td>Superseding Indictment:</td><td>__Yes   _X__No</td></tr>
<tr><td>New Defendant:</td><td>___Yes   _X__No</td></tr>
<tr><td>Pending CR Case in NDTX:</td><td>___Yes   _X__No (If yes,          )</td></tr>
<tr><td>Search Warrant Case Number:</td><td>_____</td></tr>
<tr><td>Rule 20 from District of:</td><td>_____</td></tr>
<tr><td>Magistrate Case Number:</td><td>_____</td></tr>
</table>

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   Matter to be sealed:

   ☐ Yes   ☒ No

   Defendant Name      **Quinton Alexander (1)**

   Alias Name      _____

   Address      _____

   _____

   County in which offense was committed:      Dallas

2. **U.S. Attorney Information**

   Brandon McCarthy      Bar # 24027486

3. **Interpreter**

   ☐ Yes   ☒ No
   If Yes, list language and/or dialect: _____

   RECEIVED
   DEC - 1 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF

4. **Location Status**      PLEASE ISSUE ARREST WARRANTS

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   2      ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| **18 U.S.C. § 371** | **Conspiracy to Commit Bank Robbery** | 3 |
| **18 U.S.C. § 2113(a) and § 2** | **Bank Robbery** | 4 |

Date   11·30·09      Signature of AUSA: _MMcCay_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

┌─────────────────────────────────────────────┐
│ **Related Case Information**                  │
│ Superseding Indictment: ___Yes __X__No        │
│ New Defendant: ___Yes __X__No                 │
│ Pending CR Case in NDTX: ___Yes __X__No (If yes,      ) │
│ Search Warrant Case Number:_____     │
│ Rule 20 from District of: _____     │
│ Magistrate Case Number:_____       │
└─────────────────────────────────────────────┘

**1.       Defendant Information**

Juvenile: ☐ Yes ☒ No

Matter to be sealed:

☐ Yes ☒ No

Defendant Name          **Cedric Burns (2)**

Alias Name

Address

County in which offense was committed:          Dallas

**2.       U.S. Attorney Information**

Brandon McCarthy          Bar # 24027486

**3.       Interpreter**

☐ Yes ☒ No

If Yes, list language and/or dialect:

RECEIVED
DEC – 1 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**4.       Location Status**       PLEASE ISSUE ARREST WARRANTS

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

**5.       U.S.C. Citations**

Total # of Counts as to This Defendant: 4       ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. §§ 2113(a) and (d) and § 2 | Bank Robbery | 1 |
| 18 U.S.C. §§ 2113(a) and § 2 | Bank Robbery | 2 |
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Robbery | 3 |
| 18 U.S.C. § 2113(a) and § 2 | Bank Robbery | 4 |

Date   11·30·09          Signature of AUSA:

*Criminal Case Cover Sheet*  ORIGINAL  **3-09 CR 349-D**  Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ___Yes __X__No

New Defendant: ___Yes __X__No

Pending CR Case in NDTX: ___Yes __X__No (If yes,          )

Search Warrant Case Number:_____

Rule 20 from District of: _____

Magistrate Case Number:_____

1.  **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

Matter to be sealed:

☐ Yes  ☒ No

Defendant Name _____ Winfred Burns (3) _____

Alias Name _____

Address _____

_____

County in which offense was committed: _____ Dallas _____

2.  **U.S. Attorney Information**

Brandon McCarthy _____  Bar # 24027486 _____

RECEIVED
DEC – 1 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3.  **Interpreter**

☐ Yes  ☒ No

If Yes, list language and/or dialect: _____

4.  **Location Status**   PLEASE ISSUE ARREST WARRANTS

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant:  4   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Robbery | 3 |
| 18 U.S.C. § 2113(a) and § 2 | Bank Robbery | 4 |

Date  11.30.09 _____   Signature of AUSA: _____